UNITED STATES, Appellee

v

FRANK A. NOSSAVAGE, Recruit, U. S. Army, Appellant

12 USCMA 549, 31 CMR 135

No. 15,139

November 24, 1961

*Captain Samuel J. Rozel* argued the cause for Appellant, Accused. With him on the brief was *Colonel W. H. Blackmarr.*

*First Lieutenant Alvin B. Fox* argued the cause for Appellee, United States. With him on the brief were *Lieutenant Colonel James G. Mc-Conaughy, Major Francis M. Cooper,* and *First Lieutenant Jerome Nelson.*

Opinion of the Court

QUINN, Chief Judge:

The decision of the board of review is affirmed. United States v Forwerck, 12 USCMA 540, 31 CMR 126.

Judge KILDAY concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Forewerck, 12 USCMA 540, 31 CMR 126, this day decided.